UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DANIEL MATNEY, | CV F 05-767 AWI SMS P |
| Plaintiff, | |
| v. | ORDER DIRECTING CLERK OF COURT TO RE-DESIGNATE ACTION AS A NON-PRISONER CASE |
| FRESNO HEAT TASK FORCE, et. al., | |
| Defendants. | |

Plaintiff Jason Daniel Matney ("Plaintiff") is in state custody and is proceeding pro se in this civil action filed pursuant to 42 U.S.C. § 1983. The action was filed on June 14, 2005, against the Fresno Heat Task Force, California Highway Patrol Officer Pratt, and Police Officers Dewey and Due for injuries received at the hands of the officers while riding his motorcycle in public. Plaintiff is seeking compensatory damages.

The Court has reviewed the complaint and finds that the complaint does not involve the conditions of confinement at a California State Prison. Thus, it is incorrectly designated a s "P" case and the Court will order its redesignation.

1

1   Accordingly, the Court HEREBY ORDERS:

2   1.   The Clerk of Court is DIRECTED to REMOVE the 550 and "P" designations of

3   this case and RE-DESIGNATE this case as a standard civil case.

IT IS SO ORDERED.

**Dated:   June 15, 2005**                    /s/ Sandra M. Snyder
icido3                                        UNITED STATES MAGISTRATE JUDGE

2