UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JASON DANIEL MATNEY, | ) | 1: 05-CV-00767-AWI-SMS |
| | ) | |
| Plaintiff, | ) | ORDER TO SHOW CAUSE WHY ACTION |
| | ) | SHOULD NOT BE DISMISSED FOR |
| | ) | PLAINTIFF'S FAILURE TO FOLLOW A |
| v. | ) | COURT ORDER, EFFECTUATE SERVICE, |
| | ) | AND OTHERWISE PROSECUTE THIS |
| FRESNO HEAT TASK FORCE | ) | ACTION (DOC. 5) |
| CALIFORNIA HIGHWAY PATROL | ) | |
| OFFICER L. PRATT ID # 13569, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    Plaintiff is a state prisoner at the Fresno County Jail proceeding pro se and in forma pauperis with an action for damages and other relief concerning alleged civil rights violations. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

    On June 24, 2005, Plaintiff was directed to submit service documents to the Court within thirty days. Further, Plaintiff was informed that his failure to comply with the order would result in a recommendation that the action would be dismissed for failure to follow the Court's order pursuant to Local Rule 11-

1

110. The order directing service and the service documents that Plaintiff was to complete and return were served by mail on Plaintiff on the same date. Well over thirty days have passed, and Plaintiff has failed to submit service documents or to take any steps to effectuate service.

A failure to comply with an order of the Court may result in sanctions, including dismissal, pursuant to the inherent power of the Court or the Federal Rules of Civil Procedure. Fed. R. Civ. P. 41(b), 11; Local Rule 11-110; <u>Chambers v. NASCO, Inc.</u>, 501 U.S. 31, 42-43 (1991).

Accordingly, it is HEREBY ORDERED that:

1. Within fifteen (15) days of the date of service of this order, Plaintiff shall show cause why this action should not be dismissed for failure to obey the Court's order of June 24, 2005, to submit service documents and effectuate service on Defendants Pratt and Dewey; Plaintiff shall show cause in writing because the Court has determined that no hearing is necessary; and

2. The failure to respond to this order will result in dismissal of the action.

IT IS SO ORDERED.

**Dated:   November 9, 2005**                    **/s/ Sandra M. Snyder**
icido3                                            UNITED STATES MAGISTRATE JUDGE