UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JASON DANIEL MATNEY, | ) | 1: 05-CV-00767-AWI-SMS |
| Plaintiff, | ) ) ) | ORDER ADOPTING FINDINGS AND RECOMMENDATION TO DISMISS ACTION FOR FAILURE TO COMPLY WITH COURT |
| v. | ) ) | ORDER AND FAILURE TO PROSECUTE (Doc. 10) |
| FRESNO HEAT TASK FORCE, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

    Plaintiff is proceeding pro se with an action for damages and other relief concerning alleged civil rights violations. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

    On December 5, 2005, the Magistrate Judge filed findings and a recommendation that the action be dismissed for Plaintiff's failure to effectuate service of this action, respond to an order to show cause, or otherwise prosecute the case. The findings and recommendation were served on all parties and contained notice that any objections to the findings and recommendations were to be filed within thirty (30) days of the date of service of the

1  order. No party has filed any objections.

2      In accordance with the provisions of 28 U.S.C. § 636
3  (b)(1)(C) and <u>Britt v. Simi Valley United School Dist.</u>, 708 F.2d
4  452, 454 (9th Cir. 1983), this Court has conducted a *de novo*
5  review of the case. Having carefully reviewed the entire file,
6  the Court finds that the report and recommendation are supported
7  by the record and proper analysis.

8      Accordingly, IT IS HEREBY ORDERED that:

9      1. The findings and recommendation filed December 5, 2005,
10 are ADOPTED IN FULL; and

11     2. The action IS DISMISSED without prejudice for failure to
12 prosecute; and

13     3. The Clerk of Court IS DIRECTED to close this action
14 because this order terminates the action in its entirety.

16 IT IS SO ORDERED.

17 **Dated:  January 18, 2006**      /s/ **Anthony W. Ishii**
    0m8i78                      UNITED STATES DISTRICT JUDGE